UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAURICE NEWMAN,<br><br>         Plaintiff,<br><br>   -against-<br><br>JUNG A. PARK, et al.,<br><br>         Defendants. | 20-CV-5353 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued September 18, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed request to proceed *in forma pauperis* application or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: September 18, 2020
     New York, New York

                        COLLEEN McMAHON
                        Chief United States District Judge